AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Terry D. Sexton, |  |
|---|---|
| *Plaintiff* |  |
| v. | Civil Action No. 3:18-00909-JMC |
| South Carolina Farm Bureau Mutual Insurance Company; Southern Farm Bureau Casualty Insurance Company; Southern Farm Bureau Life Insurance Company, |  |
| *Defendants* |  |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __ ), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the Plaintiff shall take nothing of the Defendants and this action is dismissed.

This action was *(check one)*:
❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The court having accepted the Report and Recommendations of Magistrate Judge Paige J. Gossett which granted the defendants' motion for partial judgment on the pleadings as to plaintiff's first and second causes of action and granted defendants' motion to dismiss the plaintiff's complaint pursuant to Federal Rules of Civil Procedure 37(b)(2)(A) and 41(b).

Date: April 16, 2019

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*